DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRANCE OLIVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-0015

[February 27, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312017CF000902A.

Carey Haughwout, Public Defender, and Erika Follmer, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER and FORST, JJ., and GILLESPIE, KENNETH, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***